### GARRETT v. STATE.

No. 26621.

Court of Criminal Appeals of Texas.

Nov. 18, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of driving an automobile upon a public road while intoxicated. A jury having been waived, the court assessed a penalty of $100 fine and 10 days in jail.

The record on appeal contains no bills of exception and no statement of facts. The proceedings appear to be regular and nothing is presented for review by this court.

The judgment is affirmed.